JAMES H. WILKINS, #116064
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Plaintiff, CALIFORNIA DAIRIES, INC., a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DAIRIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RSUI Indemnity Company<br><br>Defendant. | Case Number 1:08-CV-00790-OWW-GSA<br><br>**STIPULATION FOR RESCHEDULING OF DATES AND ORDER**<br><br>Action Filed: June 6, 2008 |

Plaintiffs, CALIFORNIA DAIRIES, INC., by and through their counsel of record James H. Wilkins of Wilkins, Drolshagen & Czeshinski, LLP, and Defendant RSUI INDEMNITY COMPANY, by and through its counsel of record Jeffrey S. Whittington of Kaufman Borgeest & Ryan LLP, submit the following stipulation for rescheduling the following dates:

| | | | |
|---|---|---|---|
| Discovery Cut-Off: | From 8/17/09 | to | 2/16/10 |
| Non-Expert Discovery: | From 5/28/09 | to | 12/21/09 |
| Expert Disclosures: | From 6/26/09 | to | 1/20/10 |
| Supplemental/Rebuttal Expert Disclosures: | From 7/27/09 | to | 2/3/10 |
| Non- Dispositive Motion Filing Deadline: | From 8/31/09 | to | 3/1/10 |
| Non- Dispositive Motion Hearing Deadline: | From 10/2/09 | to | 4/2/10 |
| Dispositive Motion Filing Deadline: | From 9/30/09 | to | 3/1/10 |
| Dispositive Motion Hearing Deadline: | From 11/2/09 | to | 3/29/10 |
| Settlement Conference Date: | From 8/31/09 | to | 2/17/10 10:00 AM |

Stipulation for Rescheduling of Dates and [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

Trial Date:                    From    1/20/10      to      6/22/10

Dated: June     , 2008

                             WILKINS, DROLSHAGEN & CZESHINSKI LLP


                             By _____
                                  James H. Wilkins
                         Attorneys for Plaintiff, CALIFORNIA DAIRIES,
                         INC., a California Corporation

Dated: June     , 2008

                             KAUFMAN BORGEEST & RYAN LLP


                             By _____
                                  Jeffrey S. Whittington
                         Attorneys for Defendant RSUI INDEMNITY
                         COMPANY

**ORDER**

      IT IS SO ORDERED:

**NO FURTHER CONTINUANCES GRANTED.**


Dated: 7/8/2009


                         /s/ OLIVER W. WANGER
                         Honorable Oliver W. Wanger
                         UNITED STATES DISTRICT JUDGE

.KINS,
HAGEN &
INSKI LLP
resno Street,
te 204
CA 93720