James H. Wilkins, #116364
Stephanie M. Grewal, #258691
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff, CALIFORNIA DAIRIES, INC., a California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DAIRIES, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>RSUI Indemnity Company<br><br>          Defendant. | Case Number 1:08-CV-00790 OWW-GSA<br><br>**ORDER RESCHEDULING PLAINTIFF, CALIFORNIA DAIRIES, INC. RELIEF FROM DISCOVERY DEADLINE FOR NON-EXPERT DISCOVERY** |

Having considered Plaintiff's ex parte application for an order granting relief from the discovery deadline for non-expert discovery.

IT IS HEREBY ORDERED that Plaintiff shall supplement its application with Federal Rule of Civil Procedure, 16 authorities by February 3, 2010. Defendant shall file objections by February 8, 2010. The matter shall be heard February 11, 2010 at 12:00PM in Courtroom 3.

Dated: January 29, 2010            /s/ OLIVER W. WANGER
                                   United States Senior District Court Judge

C:\WINDOWS\Temp\notes101AA1\exparte.ORDER.relief.discovery.wpd