James H. Wilkins, #116364
Stephanie M. Grewal, #258691
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff, CALIFORNIA DAIRIES, INC., a California Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DAIRIES, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RSUI Indemnity Company<br><br>    Defendant. | Case Number 1:08-CV-00790 OWW-GSA<br><br>**ORDER GRANTING PLAINTIFF, CALIFORNIA DAIRIES, INC. RELIEF FROM DISCOVERY DEADLINE FOR NON-EXPERT DISCOVERY** |

On February 11, 2010, James H. Wilkins, of Wilkins, Drolshagen & Czeshinski, LLP, on behalf of CALIFORNIA DAIRIES, INC., and Nicholas Sarris, of Kaufman Borgeest & Ryan LLP, on behalf of RSUI INDEMNITY COMPANY, appeared via telephone conference before the Court in connection with CALIFORNIA DAIRIES, INC.'s Ex Parte Application for Relief from Discovery Deadline for Non-Expert Discovery. After reviewing all papers submitted in connection with said Ex Parte Application, and hearing oral argument, and finding good cause therefor,

IT IS HEREBY ORDERED that CALIFORNIA DAIRIES, INC.'s ex Parte Request for Relief is granted and that CALIFORNIA DAIRIES, INC. shall be given the opportunity to take the depositions of Paul C. Rowe and Phil Krajec. Counsel for RSUI INDEMNITY COMPANY is ordered to provide proposed dates for said depositions as soon as possible so that the depositions can

///

///

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

1  be taken without delay.  Once the depositions have been taken, the parties can contact the Court to

2  propose modifications to the outstanding scheduling deadlines, if necessary.

3

4        Dated: April 20, 2010                          /s/ OLIVER W. WANGER

5                                                                 Honorable Oliver W. Wanger
United States District Court Judge

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720